443 A.2d 367

Reese, Appellant v. Sister Suzanne Marie, etc.

Reargument Denied April 5, 1982.
Petition for Allowance of Appeal Denied June 11, 1982.

Argued December 8, 1981. Paul A. Reese, appellant, in propria persona; Christopher S. Underhill, for appellees.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.